WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Garza, | No. CV-14-01901-PHX-SRB |
| Petitioner, | DEATH PENALTY CASE |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Respondents. | |

Before the Court is Petitioner Garza's Motion for Reconsideration in Part. (Doc. 71.) Garza asks the Court to reconsider the statement in its order of January 11, 2017, indicating that Garza's *Hurst* claim is time-barred because it was not raised in his habeas petition. (Doc. 70 at 6.) On reconsideration, the Court finds that Garza did sufficiently raise such allegations in his petition. (Doc. 27 at 383–84.) For the other reasons set out in the order, however, a stay allowing Garza to pursue the claim in state court is denied. (Doc. 70 at 5–6.)

Accordingly,

**IT IS ORDERED GRANTING** Garza's Motion for Reconsideration in Part (Doc. 71).

Dated this 28th day of March, 2017.

Susan R. Bolton
United States District Judge